AO 10
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Schreier, Karen E. | 2. Court or Organization<br><br>U.S. District Court, South Dak | 3. Date of Report<br><br>06/11/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States District Court
400 S. Phillips Avenue, Rm. 233
Sioux Falls, SD 57104

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | President | Eighth Circuit District Judges Association |
| 2. | Member Board of Directors | South Dakota Children's Home Society |
| 3. | Member Board of Directors | Federal Judges Association |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed (attorney) |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | 4/12-14/2011 | Washington, DC | board of directors meeting | hotel, airfare and meals |
| 2. | American Academy of Pediatrics | 7/23/2011-7/25/2012 | Denver, Colorado | teach class to physicians regarding evidence in child sex and physical abuse cases | hotel, airfare and meals |
| 3. | Infinity Project | 10/13/2012-10/14/2012 | Minneapolis, Minnesota | receive Infinity Project annual award | hotel, mileage and dinner |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. BROKERAGE ACCOUNT #1 T. Rowe Price | | | | | | | | | |
| 2. -EQUITY INCOME FUND | A | Dividend | K | T | | | | | |
| 3. -GROWTH STOCK FUND | A | Dividend | K | T | | | | | |
| 4. -NEW HORIZONS FUND | D | Dividend | L | T | | | | | |
| 5. -SCIENCE AND TECHNOLOGY FUND | | None | K | T | | | | | |
| 6. -VALUE FUND | A | Dividend | K | T | | | | | |
| 7. IRA ACCOUNT #1 RBC Wealth Management | | | | | | | | | |
| 8. -Prime Money Market Fund | A | Interest | J | T | Buy | 04/18/11 | J | | |
| 9. -PACIFIC LIFE FDS Optimization Moderate Class C Money Market | A | Int./Div. | M | T | Buy | 12/30/11 | J | | |
| 10. NEW YORK LIFE INSURANCE CO. - ANNUITY | A | Interest | K | T | | | | | |
| 11. NEW YORK LIFE UNIVERSAL LIFE POLICY | A | Dividend | K | T | | | | | |
| 12. LINCOLN FINANCIAL GROUP UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 13. JEFFERSON NATIONAL UNIVERSAL LIFE INS. POLICY | A | Dividend | J | T | | | | | |
| 14. METLIFE INS. CO. F/K/A TRAVELERS LIFE INS. POLICY | A | Interest | K | T | | | | | |
| 15. COMMUNITY HEALTH LTD. (2/3 UNIT) | C | Distribution | J | W | | | | | |
| 16. HOME FEDERAL BANK ACCOUNT | A | Interest | K | T | | | | | |
| 17. FIRST DAKOTA TITLE INS. LTD. PTR. (1 UNIT) | E | Distribution | M | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 19. - PRIME MONEY MKT FD F/K/A TAMARACK | A | Interest | K | T | | | | | |
| 20. -ALLIANCE BERNSTEIN MID CAP GROWTH FUND CL C | A | Dividend | K | T | | | | | |
| 21. -ALPS ETF TR ALERIAN MLP FUND | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 22. -ALTRIA GROUP INC. COMMON | A | Dividend | K | T | | | | | |
| 23. -AOL INC. COMMON | | None | | | Sold | 09/20/11 | J | | |
| 24. -BERKSHIRE HATHAWAY CL B COMMON | | None | K | T | | | | | |
| 25. -CISCO SYSTEMS INC. COMMON | A | Dividend | | | Sold | 09/20/11 | J | | |
| 26. -CITIGROUP INC. COMMON | A | Dividend | J | T | | | | | |
| 27. -COCA-COLA COMPANY COMMON | A | Dividend | J | T | | | | | |
| 28. -COLGATE-PALMOLIVE COMPANY COMMON | A | Dividend | J | T | | | | | |
| 29. -DREYFUS S&P 500 INDEX FUND | A | Dividend | K | T | | | | | |
| 30. -EMC CORP. MASS COMMON | | None | J | T | | | | | |
| 31. -GENERAL ELECTRIC COMPANY COMMON | A | Dividend | J | T | | | | | |
| 32. -HANESBRANDS INC. COMMON | | None | | | Sold | 09/20/11 | J | A | |
| 33. -HOME DEPOT INC. COMMON | A | Dividend | J | T | | | | | |
| 34. -ING INDEX PLUS MIDCAP FUND CL A | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -ING INDEX PLUS SMALLCAP FUND CL A | A | Dividend | J | T | | | | | |
| 36. -INTEL CORPORATION COMMON | A | Dividend | J | T | | | | | |
| 37. -KOPIN CORP COMMON | | None | | | Sold | 09/20/11 | J | | |
| 38. -KRAFT FOODS INC CL A | A | Dividend | K | T | | | | | |
| 39. -MEDTRONIC INC. COMMON | A | Dividend | K | T | | | | | |
| 40. -MERCK & CO. INC. COMMON | A | Dividend | J | T | | | | | |
| 41. -MICROSOFT CORP COMMON | A | Dividend | K | T | | | | | |
| 42. -PEPSICO INCORPORATED COMMON | A | Dividend | J | T | | | | | |
| 43. -PFIZER INC. COMMON | A | Dividend | J | T | | | | | |
| 44. -PHILIP MORRIS INTL INC. COMMON | B | Dividend | L | T | | | | | |
| 45. -PROCTOR & GAMBLE CO. COMMON | A | Dividend | J | T | | | | | |
| 46. -REGIONAL BK HOLDRS TR DEPOSITARY RCPT | A | Dividend | | | Merged (with line 74) | 12/23/11 | J | | |
| 47. -SARA LEE CORP. COMMON | A | Dividend | | | Sold | 09/20/11 | J | A | |
| 48. -3M COMPANY COMMON | A | Dividend | J | T | | | | | |
| 49. -TIME WARNER CABLE INC COMMON | A | Dividend | | | Sold | 09/20/11 | J | | |
| 50. -TIME WARNER INC. NEW COMMON | A | Dividend | | | Sold | 09/20/11 | J | | |
| 51. -VAN ECK FUNDS GLOBAL HARD ASSETS FUND CL C | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -WALGREEN CO COMMON | A | Dividend | J | T | | | | | |
| 53. -WALT DISNEY CO (HOLDING CO) COMMON | A | Dividend | J | T | | | | | |
| 54. -BP PLC SPONS ADR COMMON | A | Dividend | J | T | | | | | |
| 55. -COVIDIEN PLC COMMON | A | Dividend | | | Sold | 09/20/11 | J | A | |
| 56. -AMERICAN FUNDS EURO PACIFIC GROWTH FD CL A | A | Dividend | K | T | | | | | |
| 57. -OPPENHEIMER DEVELOPING MKTS FUND-CL C | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 58. -ROYAL DUTCH SHELL PLC COMMON | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 59. -TYCO ELECTRONICS LTD COMMON | A | Dividend | | | Sold | 09/20/11 | J | A | |
| 60. -TYCO INTL LTD NEW COMMON | A | Dividend | | | Sold | 09/20/11 | J | A | |
| 61. -UIT FIRST TRUST CANADIAN ENERGY 7 INCOME | A | Dividend | J | T | | | | | |
| 62. -ALLIANCE BERNSTEIN GLOBAL BOND FUND INC CL A | A | Int./Div. | K | T | | | | | |
| 63. -PIMCO FDS HI YLD CL C | B | Dividend | K | T | | | | | |
| 64. -TEMPLETON GLOBAL BOND FUND-CL C | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 65. -NUVEEN FLAGSHIP ALL-AMERICAN MUNICIPAL BOND FUND CL A | A | Interest | K | T | | | | | |
| 66. -THORNBURG LTD TERM MUNICIPAL FUND CL A | A | Interest | K | T | | | | | |
| 67. -WA ST. COLL SVGS BDS. 93 WA | | None | | | Redeemed | 08/01/11 | J | | |
| 68. -SO DAK ST. BLD. ATH LES. REV. AMBAC BOND | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -MARICOPA CO. IDA SFM ETM AZ BOND | | None | J | T | | | | | |
| 70. -DESCHUTES & JEFFERSON CNTYS OR SD #02J | | None | K | T | | | | | |
| 71. -EAST SIDE UHSD CALIF. BOND | | None | J | T | | | | | |
| 72. -YUBA CITY CAL. UNI. SCHOOL DIST. BOND | | None | J | T | | | | | |
| 73. -PENN. ST. TPK COMMON TPK TOLL ROADS BOND | | None | J | T | Buy | 12/01/11 | J | | |
| 74. -MARKET VECTORS ETF BANK & BROKERAGE F/K/A REGIONAL BK HOLDR | | None | J | T | | | | | |
| 75. -RYDEX SER FDS JUNO FD CL C | | None | | | Sold | 09/20/11 | J | | |
| 76. -LINCOLN NATL LIFE AMER. ANNUITY | A | Interest | J | T | | | | | |
| 77. IRA ACCOUNT #2 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 78. -FEDERATED MONEY MKT FD | A | Interest | J | T | | | | | |
| 79. -ADVISORS INNER CIRCLE CHAMPLAIN SMALL CO FD | A | Dividend | J | T | Sold (part) | 10/28/11 | J | | |
| 80. -EAGLE SER MID CAP STK FD | A | Dividend | J | T | Buy (add'l) | 10/28/11 | J | | |
| 81. -EATON VANCE LARGE CAP VALUE FUND CL A | A | Dividend | | | Sold | 10/28/11 | K | | |
| 82. -ING. CORP. LEADERS TRUST UNIT PARTR CTF SERV B | A | Dividend | K | T | Buy | 10/28/11 | K | | |
| 83. -JANUS INVT FD FORTY FD LL 1 | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 84. -AMERICAN FUNDS GROWTH FUND CLASS F | A | Dividend | | | Sold | 10/28/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 85. -AMERICAN FUNDS EURO PACIFIC GROWTH FUND CL A | A | Dividend | K | T | | | | | |
| 86. -OPPENHEIMER DEV. MKTS. FDS CLY FUND A | A | Dividend | J | T | Buy | 10/28/11 | J | | |
| 87. -DELAWARE DIVERSIFIED INCOME FUND CL A | A | Dividend | J | T | | | | | |
| 88. -EATON VANCE GLOBAL MACRO ABSOLUTE RETURN FUND CL I | A | Interest | J | T | | | | | |
| 89. -EATON VANCE MUT FDS TR FLTG RATE FD CL A | A | Int./Div. | J | T | | | | | |
| 90. -FT TEMPLETON GLOBAL BOND A | A | Interest | J | T | | | | | |
| 91. -FRANKLIN INVS. SER. TR REAL ESTATE FD ADVISOR CL | A | Interest | J | T | Buy | 10/28/11 | J | | |
| 92. -LOOMIS SAYLES STRATEGIC INCOME FUND CL A | A | Dividend | J | T | | | | | |
| 93. -NEUBERGER BERMAN INC. FDS NEW HIGH INCOME BD FD. INV CL | A | Interest | J | T | Buy | 11/17/11 | J | | |
| 94. -FICO STRIPS SERIES E BOND | | None | K | T | | | | | |
| 95. -US TREAS. SEC. STRPD. BOND | | None | K | T | | | | | |
| 96. -FHR 21 21-Z f/k/a FEDL. HOME LOAN MTG. CORP. BOND | A | Interest | J | T | | | | | |
| 97. BROKERAGE ACCOUNT #3 RBC WEALTH MANAGEMENT | | | | | | | | | |
| 98. -GALENA PARK IND. BOND | | None | K | T | | | | | |
| 99. -CLACKMUS & WASHINGTON SERV A BOND | | None | K | T | | | | | |
| 100. -SOUTHERN MINNESOTA MUNI PWR BOND | | None | J | T | | | | | |
| 101. -SOUTHERN MN MUN PWR AGY SUPPLY BOND | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 102. -PENN ST TPK COMMN TPK TOLL ROADS BOND | | None | K | T | | | | | |
| 103. - PRIME MONEY MARKET FUND | A | Interest | J | T | | | | | |
| 104. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | L | T | | | | | |
| 105. FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNT | | None | K | T | | | | | |
| 106. DOUGHERTY & DOUGHERTY LLP | D | Interest | N | W | | | | | |
| 107. DISCOVER BANK ACCOUNT | C | Interest | M | T | | | | | |
| 108. BROKERAGE ACCOUNT #4 SCHWAB | | | | | | | | | |
| 109. -SCHWAB GOVT MMK | A | Interest | J | T | Buy | 05/17/11 | J | | |
| 110. -EATON VANCE NAT MUN COMMON | A | Dividend | J | T | | | | | |
| 111. -MARINA BIOTECH INC. COMMON F/K/A MDRNA INC | | None | J | T | | | | | |
| 112. -SPECTRASCIENCE COMMON | | None | J | T | | | | | |
| 113. -US BANCORP DEL COMMON | A | Dividend | J | T | | | | | |
| 114. -TUSCARAWAS CNTY OHIO HOSP REV BOND | A | Interest | | | Redeemed | 08/05/11 | J | | |
| 115. -BANK AMER CORP BOND | A | Interest | K | T | | | | | |
| 116. -MORGAN STANLEY DEAN WITTER DISCOVER MED TERM SR NTS | A | Int./Div. | J | T | | | | | |
| 117. -MORGAN STANLEY GROUP INC. BOND | A | Interest | J | T | | | | | |
| 118. -MORGAN STANLEY GROUP INC. FLOATING RATE NTS | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 119. -BANK OF AMERICA NA CD | A | Interest | J | T | | | | | |
| 120. DOUGHERTY & COMPANY LLC MM ACCOUNT | A | Interest | | | Closed | 05/17/11 | J | | |
| 121. TRUST #1 | | | | | | | | | |
| 122. -FIRST NATIONAL BANK IN SIOUX FALLS, ACCOUNTS | | None | | | Distributed | 01/04/11 | N | | |
| 123. BENEFICIARY SEP IRA #1 F/K/A TRUST #2 SEP IRA | | | | | | | | | |
| 124. -FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNTS (X) | | None | | | Closed | 01/26/11 | N | | |
| 125. -SCHWAB GOVT MMF | A | Dividend | N | T | Buy | 01/26/11 | N | | |
| 126. -RYDEX ETF TRUST S&P 500 EQUAL WT INDX FD | A | Dividend | | | Buy | 04/25/11 | L | | |
| 127. | | | | | Buy (add'l) | 04/26/11 | L | | |
| 128. | | | | | Buy (add'l) | 05/02/11 | L | | |
| 129. | | | | | Buy (add'l) | 05/03/11 | L | | |
| 130. | | | | | Buy (add'l) | 05/04/11 | L | | |
| 131. | | | | | Sold | 08/02/11 | N | | |
| 132. BENEFICIARY TRAD IRA #2 F/K/A TRUST #3 TRAD IRA | | | | | | | | | |
| 133. -FIRST NATIONAL BANK IN SIOUX FALLS ACCOUNTS | | None | | | Closed | 07/27/11 | L | | |
| 134. -SCHWAB GOVT MONEYMARKET FUND | A | Int./Div. | L | T | Buy | 05/19/11 | J | | |
| 135. -POWERSHS QQQ TRUST SER 1 | | None | J | T | Buy | 05/03/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 136.  -VANGUARD EMRG MKTS STK | | None | | | Buy | 07/27/11 | J | | |
| 137. | | | | | Sold | 08/04/11 | J | | |
| 138.  -VANGUARD TOTAL STOCK MKT INDEX FD | | None | | | Buy | 07/27/11 | K | | |
| 139. | | | | | Sold | 08/04/11 | K | | |
| 140.  -VANGUARD 500 INDEX FD | | None | | | Buy | 07/27/11 | K | | |
| 141. | | | | | Sold | 08/04/11 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schreier, Karen E. | 06/11/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following investments were sold at a loss: AOL Inc., Cisco, Kopin Corp., Time Warner Cable, Inc., Time Warner, Inc., Rydex Series FDS, Tuscarawas County Ohio Hospital Rev. Bond, Washington St. Coll. SVGS BDS. As a result, no capital gain was reported

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Karen E. Schreier**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544